**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (AT CINCINNATI)**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually, and as the representatives of a class of similarly-situated persons, | ) Civil Action No.: 1:17-cv-225 ) ) Judge: ) |
| Plaintiff, | ) ) |
| v. | ) **PLAINTIFF'S NOTICE OF** ) **VOLUNTARY DISMISSAL** |
| THE MASSACHUSETTS MEDICAL SOCIETY and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Physicians Healthsource, Inc. hereby dismisses this action.

        Respectfully submitted,

        PHYSICIANS HEALTHSOURCE, INC,
        individually and as the representative of a class of
        similarly-situated persons,

        */s/Matthew E. Stubbs*
        GEORGE D. JONSON (0027124)
        MATTHEW W. STUBBS (0066722)
        MONTGOMERY, RENNIE & JONSON
        36 E. Seventh Street, Suite 2100
        Cincinnati, OH  45202
        Telephone: 513-241-4722
        Facsimile: 513-241-8775 (fax)
        Email: gjonson@mrjlaw.com
               mstubbs@mrjlaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      /*s/Matthew E. Stubbs*
      Matthew E. Stubbs